IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KATHY L WILSON**                                                                                     **PLAINTIFF**

V.                               **NO. 2:21-CV-00098-LPR-JTR**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

DATED this 28th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE